JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY., and DOES 1 to 10, inclusive,<br><br>        Defendant. | Case No. 2:23-cv-01164-AB-MAR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has reviewed the Parties' Joint Stipulation to Dismiss with Prejudice.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 27, 2025

                                      ANDRE BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE